IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GASTON A. FLOWERS                                    PLAINTIFF

V.                          NO.: 4:17CV355-JM

WASTE MANAGEMENT OF ARKANSAS, INC.,
RECYCLE AMERICA OF ARKANSAS, INC.,
RANDY PARKER, GRETA HARRISON, RUSTY MILLER          DEFENDANTS

## COMPLAINT

Comes now the plaintiff, Gaston A. Flowers, pro se, and for his complaint, states:

### I.

### JURISDICTION

1.   This suit is instituted pursuant to Title VII of the Civil Rights Act of 1964, as amended by the Equal Opportunity Act of 1972, 42 U.S.C. §2000e et seq, and the Civil Rights Act of 1991.  Relief is sought pursuant to this act as well as 42 U.S.C. §1981 and 42 U.S.C. §1988 and all statutes mandating punitive, compensatory, liquidated and declarative damages.  Relief is also sought under the Arkansas Civil Rights Act, common law for wrongful termination, outrage and detrimental reliance.  These claims are pendent to the claims for relief aforementioned and therefore this Court would have jurisdiction.  The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§1331 and 1343.

This case assigned to District Judge _____
and to Magistrate Judge_____

### II.

### PARTIES

1

2.     Plaintiff, Gaston A. Flowers, is a black male citizen of the United States who resides in Pulaski County, Arkansas.

3.     The defendant, Waste Management of Arkansas, Inc., is a company authorized to do and doing business in Pulaski County. The defendant, Recycle America of Arkansas, Inc., is a company authorized to do and doing business in Pulaski County.   At all relevant time, the defendant, Randy Parker, was the District Manager for Waste Management of Arkansas, Inc.  At all relevant time, Greta Harrison, was the Human Resource Director for Waste Management of Arkansas, Inc.   At all relevant time, Rusty Miller, was the Plant Manager for Recycle America of Arkansas. The defendant, Waste Management of Arkansas, Inc., is an employer within the meaning of 42 U.S.C. §2000, et seq.   The defendant, Recycle America of Arkansas, Inc., is an employer within the meaning of 42 U.S.C. §2000, et seq.

III.

STATEMENT OF THE CASE

4.     Plaintiff, Gaston A. Flowers, began his employment with the defendant Waste Management of Arkansas, Inc. in July of 2013 as a residential driver.

5.     Plaintiff worked on an assigned route picking up residential recycle.

6.     Plaintiff was performing his job well.  Plaintiff received raises.  Plaintiff was never reprimanded or disciplined.

2

7.   On May 21, 2016, plaintiff was suspended without pay pending an investigation where it was alleged that he almost ran over a fellow employee on May 19, 2016.  On May 20, 2016, it was alleged that Plaintiff made a mess at the facility.

8.   There are videotapes of all of these incidents.

9.   Plaintiff did not do what was alleged.

10.   Plaintiff was terminated because of his race, black.

11.   At all relevant times complained of herein, the defendants, Randy Parker, and Greta Harrison, were acting in the course and scope of their employment with defendant, Waste Management of Arkansas, Inc.  They were acting on behalf of and in the furtherance of the defendant, Waste Management of Arkansas, Inc.

12.   At all relevant times complained of herein, the defendant, Rusty Miller, was acting in the course and scope of his employment with defendant, Recycle America of Arkansas, Inc. He was acting on behalf of and in the furtherance of the defendant, Recycle America of Arkansas, Inc.

13.   Waste Management of Arkansas, Inc. is liable for the acts of defendants Randy Parker and Greta Harrison under the doctrines of respondeat superior, agency, and since their relationship was that of employee-employer.

14.   Recycle America of Arkansas, Inc. is liable for the acts of defendant Rusty Miller under the doctrines of respondeat

superior, agency, and since their relationship was that of employee-employer.

### FIRST CAUSE: EMPLOYMENT DISCRIMINATION

13. Plaintiff was performing his job but was terminated a black man.

14. The aforesaid conduct of the defendant offends the original purpose of Title VII and other equal rights statutes. The aforesaid conduct also violates the Arkansas Civil Rights Act. Plaintiff filed a Charge of Discrimination. On or about February 27th, 2017, plaintiff was given the right to file a civil action. (See Exhibit "A")

### SECOND CAUSE: WRONGFUL TERMINATION/OUTRAGE

15. Plaintiff's discharge was wrongful and amounted to an outrage. Plaintiff discharge was against public policy in that plaintiff was performing his job and was terminated for no reason.

16. Plaintiff has been damaged by the defendants' treatment and is entitled to compensation. Plaintiff has no other legal recourse except this suit for equitable relief and damages. Plaintiff is entitled to back pay, re-instatement, re-instatement of benefits, compensatory damages, damages for pain and suffering, mental anguish and punitive damages.

Wherefore, all premises considered, Plaintiff pray relief as follows:

4

1.   A preliminary and permanent injunction preventing the defendant, its agents, successors, employees, and those acting in concert with Defendant and under its direction, from engaging in such intentional, discriminatory policies and practices complained of herein;

2.   A declaratory judgment that the actions of the defendants complained of herein violated their rights guaranteed by 42 U.S.C. §2000(e) et. seq.;

3.   Back pay, retroactive seniority rights, any promotions, or incentive pay, and all other benefits that they would have enjoyed had they not been discharged;

4.   Costs of this action including awards of reasonable attorney's fees and all other costs to which they are entitled;

5.   Compensatory damages for pain and suffering and mental anguish; and

6.   All other relief to which he is entitled.

Respectfully submitted,

Gaston A. Flowers
Pro Se
8702 White Rock Lane, #B
Little Rock, AR   72227
(405) 973-4259

5

## VERIFICATION

I, Gaston A. Flowers, states under oath that I have read the foregoing pleading and that the facts stated in the pleading are true, correct and complete to the best of my knowledge and belief.

_____
Gaston A. Flowers

SUBSCRIBED AND SWORN TO before me, a Notary Public, on this ___26___ th day of May, 2017.

Margaret Yates
NOTARY PUBLIC

_____1/10/23_____
My Commission Expires

MARGARET YATES
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires January 10, 2023
Commission No. 12891548

6

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: **Gaston A. Flowers** <br> **8702 White Rock Lane #B** <br> **Little Rock, AR 72227** | From: **Little Rock Area Office** <br> **820 Louisiana** <br> **Suite 200** <br> **Little Rock, AR 72201** |
|---|---|

|   | On behalf of person(s) aggrieved whose identity is <br> CONFIDENTIAL (29 CFR §1601.7(a)) |   |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2016-01279 | **Johnny L. Glover,** <br> **Investigator** | (501) 324-6475 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*William A. Cash Jr. /pg*

**William A. Cash, Jr.,** <br> **Area Office Director**

FEB 2 7 2017

*(Date Mailed)*

Enclosures(s)

cc: **John W. Stapleton** <br> **Attorney** <br> **FISHER PHILLIPS** <br> **1075 Peachtree Street, N E Suite 3500** <br> **Atlanta, GA 30309**