# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GASTON A. FLOWERS                                                    PLAINTIFF

v.                           No. 4:17-cv-00355-JM

WASTE MANAGEMENT OF
ARKANSAS, INC.; et al.                                              DEFENDANTS

## ORDER

On December 27, 2017, the Court ordered Gaston A. Flowers to provide proof of service of summons and complaint within ten days from the entry of that Order. Flowers has not complied. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 25th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE